D+F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

PAULA GOODSTEIN,

        Plaintiff,

  -against-

J.P. MORGAN CHASE, LAURA WILLIAMSON,
NEIL HENDERSON, MICHAEL RAVENSBERGEN,
and AUDREY BRAHMS, Individually,

        Defendants,

----------------------------------------X

NOT FOR PUBLICATION

**MEMORANDUM AND ORDER**
05-CV-6007(ERK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 31 2006 ★
BROOKLYN OFFICE

Korman, Ch. J.

    The defendants' motion for partial summary judgment is granted. Nevertheless, I grant plaintiff leave to replead, because she may be able to overcome the otherwise valid objections raised in footnotes 3 and 4 of the Defendants' Reply Memorandum of Law.

**SO ORDERED:**

Brooklyn, New York
August 30, 2006

                              s/Edward R. Korman
                              Edward R. Korman
                              United States Chief District Judge